# United States District Court
## Southern District of Georgia

BRIAN WEST,

    Plaintiff,

V.

DR. MARK WINCHELL,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 618-055

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 14, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the Court's opinion; therefore, Plaintiff's Complaint is DISMISSED without prejudice and is DENIED in forma pauperis status on appeal. This case stands CLOSED.

02/14/2020
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*